IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Tony N. Leung |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:       23-mj-243 DTS |
| | ) | Date:          March 27, 2023 |
| Daniel Michael Castillo, | ) | Courthouse:    Minneapolis |
| | ) | Courtroom:     9W |
| Defendant, | ) | Time Commenced: 1:55 p.m. |
| | ) | Time Concluded: 1:58 p.m. |
| | | Time in Court:  3 minutes |

APPEARANCES:

Plaintiff: Albania Concepcion, Assistant U.S. Attorney
Defendant: Doug Olson, Assistant Federal Public Defender
     X FPD     X To be appointed

Date Charges Filed: 3/23/2023     Offense: distribution of methamphetamine

X Advised of Rights

on   X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Thursday, March 30, 2023 at 3:30 p.m. before U.S. Magistrate Judge [Tony N. Leung, CR 9W Mpls for:
  X Detention hrg     X Preliminary hrg

X Government moves to unseal the case.     X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                         s/jam
                                                              Signature of Courtroom Deputy